UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, [1] | : | |
| Secretary of the Navy, | : | |
| | : | |
| Defendant. | : | November 12, 2003 |

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

The parties, jointly and through their undersigned counsel, hereby move this Honorable Court to extend the case management deadlines for completion of discovery from the current deadline of December 10, 2003, to and through February 16, 2004, and for the filing of dispositive motions to and through a date fifteen (15) days after the conclusion of discovery.

As grounds for this extension request, the parties state that they have completed some discovery in this case, including initial disclosures and limited depositions, and are currently making a good faith effort to resolve this case prior to engaging in further formal discovery. The requested extension of the discovery deadline will permit the parties to engage in meaningful settlement discussions and, if a resolution cannot be reached, to thereafter proceed with additional depositions and complete any further discovery required in preparation for filing dispositive motions and trial. This is the first request for extension of the case management

---

[1] In the Defendant's Answer, the Defendant noted that on February 10, 2003, the Honorable Hansford T. Johnson became Acting Secretary of the Navy, and so should be substituted as the named defendant in this action. However, since that time, the Honorable Gordon R. England was appointed Secretary of the Navy and thus is the properly named defendant herein.

deadlines in this case.

Accordingly, the parties respectfully request that the Court grant their joint motion for extension of the case management deadlines as set forth herein.

                                    Respectfully submitted,

                                    DEFENDANT
                                    GORDON R. ENGLAND
                                    Secretary of the Navy

                        BY:    KEVIN J. O'CONNOR
                                United States Attorney

| Of counsel: | LISA E. PERKINS |
|---|---|
| ANTHONY J. VERDUCCI | Assistant United States Attorney |
| Agency Counsel | 450 Main Street |
| Office of Civilian Human Resources | Hartford, CT  06103 |
| 321 Somers Ct., NW, Suite 40103 | (860) 947-1101 |
| Washington, DC 20393-5441 | Federal Bar No. ct23164 |
| (202) 764-0694 | |

                                    PLAINTIFFS
                                    PETER A. ANDERSON
                                    WILLIE C. COTHRAN
                                    PHILIP KUJAWSKI
                                    CHRISTOPHER R. WELLS


                        BY:    STEPHEN G. DENIGRIS, ESQ.[2]
                                2117 L Street NW, Suite 283
                                Washington, DC 20037-1524
                                (800) 791-9908

---

[2] Attorney DeNigris has reviewed this joint motion and in the interest of saving time, has authorized AUSA Perkins to sign on his behalf.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 12th day of November, 2003, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Attorneys for Plaintiffs*

_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY