UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 19  2 16 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PETER ANDERSON, et. al., :
  : 
          Plaintiffs : CIVIL NO.: 3:03CV116(MRK)
  :
v. :
  :
GORDON R. ENGLAND, :
Secretary of the Navy, :
  :
          Defendant. : November 17, 2003
  :

## STIPULATION OF PARTIAL DISMISSAL

Plaintiffs and Defendant, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the partial dismissal of their claims as they apply to solely the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621. An Answer with Affirmative Defenses has been filed by the Defendant.

Respectfully submitted,

_/s/ Stephen G. DeNigris_  
Stephen G. DeNigris, Esq.[1]  
2117 L Street NW Suite 283  
Washington, D.C. 20037-1524  
(800)791-9908  
Federal Bar No. ct24396

By: KEVIN J. O'CONNOR  
United States Attorney

_/s/ Lisa E. Perkins_  
Lisa E. Perkins, Esq.  
Assistant United States Attorney  
450 Main Street, Room 328  
Hartford, CT 06103  
Federal Bar No. ct23164

APPROVED: _____  
MARK R. KRAVITZ  
UNITED STATES DISTRICT JUDGE

---

[1] Attorney DeNigris reviewed the final version of this document and, in the interest of saving time, has authorized AUSA Perkins to sign on his behalf.