UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER ANDERSON, et. al., | FILED |
| Plaintiffs | Nov 19  2 16 PM '03 |
| v. | CIVIL NO. 3:03CV116(MRK) |
| GORDON R. ENGLAND, Secretary of the Navy, | NEW HAVEN, CONN. |
| Defendant. | November 17, 2003 |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiffs and Defendant, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the partial dismissal of their claims as they apply to solely the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621. An Answer with Affirmative Defenses has been filed by the Defendant.

Respectfully submitted,

_____
Stephen G. DeNigris, Esq.[1]
2117 L Street NW Suite 283
Washington, D.C. 20037-1524
(800)791-9908
Federal Bar No. ct24396

By:  KEVIN J. O'CONNOR
     United States Attorney

     _____
     Lisa E. Perkins, Esq.
     Assistant United States Attorney
     450 Main Street, Room 328
     Hartford, CT 06103
     Federal Bar No. ct23164

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____ Deputy Clerk

[1] Attorney DeNigris reviewed the final version of this document and, in the interest of saving time, has authorized AUSA Perkins to sign on his behalf.