UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER ANDERSON, et al.          :
                                :
            Plaintiffs,          :    CIVIL NO. 3:03CV116(MRK)
                                :
v.                              :
                                :
GORDON R. ENGLAND, SECRETARY    :
OF THE NAVY,                    :
                                :
            Defendant.          :    February 11, 2004

## PLAINTIFFS' JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

The plaintiffs, by and through their undersigned counsel, hereby respectfully moves, unopposed, to extend the case management deadlines for completion of discovery from the current deadline of February 16, 2004, to April 16, 2004, and for the filing of dispositive motions to and through a date fifteen (15) days after the conclusion of discovery. As grounds for this extension request, the parties state that they have completed some discovery in this case including initial disclosures and limited depositions and are currently making a good faith effort to resolve this case prior to engaging in further formal discovery. In this regard, proposals for settlement have been proffered and the parties are in negotiations concerning those proposals. The required extension of the discovery deadline will continue to permit the parties to engage in meaningful settlement discussions and, if a resolution cannot not be reached, to thereafter proceed with additional depositions and complete any further discovery required in preparation for filing dispositive motions and trial.

The parties, however, believe that the telephone status conference scheduled for February 26, 2004, at 1:30 p.m. still proceed forward so that the Court can monitor the progress of the case and assist the parties with settlement as needed.

This is the second request the parties have made for an extension of the discovery deadlines in this case. Accordingly, the parties respectfully request that the Court grant their joint motion for extension of the case management deadlines as set forth herein.

Respectfully submitted,

Stephen G. DeNigris, Esq.
Federal Bar No. ct24396
Attorney for the Plaintiff
Law Offices of Stephen G. De Nigris, P.C.
2117 L Street, N.W. Suite 283
Washington, DC 20037-1524

Virginia Office:
(703)416-1036
703)416-1037 (fax)

Dated: February 11, 2004

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 11th day of February, 2004, to Lisa E. Perkins, Esq., Assistant United States Attorney, 450 Main Street, Room 328, Hartford, CT 06103 :

_____
STEPHEN G. DeNIGRIS, ESQ.

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER ANDERSON, et. al., :
:
               Plaintiffs : CIVIL NO.:   3:03CV116(MRK)
:
v. :
:
GORDON R. ENGLAND :
Secretary of the Navy, :
:
               Defendant. :

## ORDER

Upon consideration of the Plaintiffs' Joint Motion to Extend Case Management Deadlines and for other good cause shown, it is hereby

**ORDERED** that the Plaintiffs' Motion is GRANTED/DENIED.  And it is further

**ORDERED** that the Scheduling Order dated November 21, 2003 is amended as follows:

1. **Discovery**: All discovery, including discovery relating to expert witness, will be completed (not just propounded ) by **April 16, 2004**.

2. **Dispositive Motions**: Dispositive motions, if any including all motions to exclude testimony of experts pursuant to Fed. R. Civ. P. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) line of cases shall be filed by **May 3, 2004.**

3. **Trial Memorandum**: If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **May 17, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

4. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

**SO ORDERED.**

Dated: New Haven, CT
_____, 2004.

_____
UNITED STATES DISTRICT JUDGE