UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | : | February 19, 2004 |

### THE DEFENDANT'S STATUS REPORT

The Defendant, Gordon R. England, Secretary of the Navy, by and through his undersigned counsel, hereby respectfully submits this Status Report as ordered by the Court in its Scheduling Order dated November 20, 2003,[1] and reports as follows:

A. The parties have been engaged in settlement negotiations since the taking of Plaintiffs' depositions on November 5, 2003. Plaintiffs have offered to settle the case as to Officer Cothran apart from the other Plaintiffs and the Defendant's counsel is awaiting final approval from the client for this settlement. As to the remaining three Plaintiffs, Captain Anderson, and Officers Kujawski and Wells, an offer of settlement was conveyed to the Defendant in writing on January 2, 2004, and is currently under consideration. Due to the Notification and Federal Employee Anti-Discrimination and Retaliation Act of 2002 ("No FEAR Act"), Pub. Law 107-154, 116 Stat. 566 (2002), effective October 1, 2003, any settlement must

---

[1] Although Plaintiffs' counsel and the Defendant's counsel were in contact earlier in the week regarding the status of the settlement offers, outstanding discovery requests, and the scheduling of Ltn. Coleman's deposition, counsel inadvertently failed to confer about the filing of a Joint Status Report ordered by the Court. Undersigned counsel attempted to contact Plaintiffs' counsel today but was unable to reach him prior to filing this status report.

be approved by the regional Naval commander. Consequently, consideration of the offer is taking longer than originally expected.

In addition, part of the settlement figures proposed include damages for medical bills allegedly incurred by Plaintiffs and in order to assess the validity of the proposal, Defendant requested discovery from the Plaintiffs of documents and other information evidencing such expenses and their relation to the allegations in this case. It is the Defendant's understanding that the Plaintiffs will be forwarding this information shortly. In the meantime, Plaintiffs have scheduled the deposition of one of the Defendant's employees, Lieutenant Pamela Coleman, for February 27, 2004, at 10 a.m.

While it is believed that the parties can reach a mutually acceptable settlement of this case without trial, they will need additional time to negotiate as well as complete discovery if settlement cannot be reached. Consequently, the Plaintiffs filed on February 13, 2004, a joint motion for extension of the current case management deadlines which is currently pending before the Court.

B. At this time, the Defendant does not believe a referral to a Magistrate Judge is necessary for purposes of facilitating settlement; however, undersigned counsel will discuss the value of such a referral with Plaintiffs' counsel during the next week and report further to the Court at the telephonic status conference scheduled for February 26, 2004.

/

/

/

/

2

  C. It is unknown whether or not the Plaintiffs will consent to trial before a Magistrate Judge but the Defendant would consent to such a trial.

  D. Defendant expects trial of this case to take approximately five to seven days.

             Respectfully submitted,

             KEVIN J. O'CONNOR
             UNITED STATES ATTORNEY

             */s/ WMB For:*

             LISA E. PERKINS
             ASSISTANT UNITED STATES ATTORNEY
             450 MAIN STREET, ROOM 328
             HARTFORD, CT  06103
             (860) 947-1101
             FEDERAL BAR NO. ct23164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 19th day of February, 2004, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Attorneys for Plaintiffs*

_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY