UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | : | February 20, 2004 |

## JOINT STATUS REPORT

The Plaintiffs and the Defendant, by and through their respective counsel, hereby respectfully submit this Joint Status Report as ordered by the Court in its Scheduling Order dated November 20, 2003,[1] and reports as follows:

**(a) Status of the case, identifying any pending motions, or circumstances potentially interfering with the parties' compliance with the scheduling order.**

The parties have been actively working toward settlement in this matter. In this regard, there has been initial discovery exchanged and depositions of the Plaintiffs by the Defendant. As a result of that discovery, a Rule 41 Stipulation of Dismissal was filed with the Court dismissing with prejudice the Age Discrimination in Employment Act (ADEA) claims against the Defendant. Further, a proposed settlement has been proffered to resolve the claims of Plaintiff Cothran and the parties are confident that his claim will be resolved with the Defendant shortly.

The deposition of Pamela Coleman by Plaintiffs is scheduled for February 27, 2004. In

---

[1] The Defendant filed a status report yesterday similarly reflecting the status of this case report, but with apologies to the Court, counsel for the Defendant was unable to confer with Plaintiffs' counsel prior to filing the report. This joint status report supersedes the Defendant's previously filed report.

addition, Plaintiffs have submitted to the Defendant a proposed settlement to resolve the claims of the remaining three Plaintiffs, Anderson, Kujawski and Wells. In order to evaluate this proposed settlement, the Defendant has requested verification of the Plaintiffs medical expenses incurred as a result of this case. Plaintiffs have had some difficulty in obtaining all of their medical receipts and expenses. However, Plaintiffs Anderson and Kujawski have supplied a number of expense documents which have been copied and are being forwarded to defense counsel.

On February 11, 2004, Plaintiffs' counsel filed a joint motion to extend the case management deadlines as it is the firm belief of both counsel for the parties that this case will reach settlement without the necessity of further litigation. As the Court is aware, there is generally some delay for defense counsel in obtaining approval of proposed settlements because of the layers of command that are attendant in dealing with a military organization. As noted by the Defendant in its previous report, as a result of the Notification and Federal Employee Anti-Discrimination and Retaliation Act of 2002 ("No FEAR Act"), Pub. Law 107-154, 116 Stat. 566 (2002), effective October 1, 2003, any settlement must be approved by the Regional Naval Commander. Both counsel believe the enlargement of time will assist in reaching a final settlement in this matter.

**(b)     Interest in referral for settlement purposes to a United States Magistrate Judge or to the District's Special Masters Program.**

The parties would welcome the intervention of the U.S. Magistrate Judge in settlement discussions.

(c)    **Whether the parties will consent to a trial before a Magistrate Judge.**

The parties would agree to a trial before a U.S. Magistrate Judge.

(d)    **The estimated length of trial.**

The parties believe a trial will take approximately three (3) to five (5) days.

**Certification**: Both counsel for the parties certify that each is the counsel of record and each has received a copy of the foregoing report.

Respectfully submitted,

*/s/ AUSA For:*
Stephen G. DeNigris, Esq.[2]
2117 L Street NW Suite 283
Washington, D.C. 20037-1524
(800) 791-9908
Federal Bar No. ct24396

Attorney for Plaintiffs

By:    KEVIN J. O'CONNOR
United States Attorney

*/s/ AUSA For:*
Lisa E. Perkins
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101
Federal Bar No. ct23164

Attorney for Defendant

---

[2]    Attorney DeNigris reviewed the final version of this document and, in the interest of saving time, has authorized AUSA Perkins or an AUSA authorized to sign on her behalf to also sign on his behalf.

3