UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 26, 2004
1:30 p.m.

CASE NO. **3:03cv116 MRK**   **Anderson v England**

Stephen G. DeNigris
Law Offices of Stephen G. DeNigris
2117 L St. NW
Suite 283
Washington, DC 20037

STATUS CONFERENCE HELD

DATE: 2/26/04

5 min.

Jonathan L. Gould
214 Main St.
Hartford, CT 06106

Lisa E. Perkins
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK