UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER ANDERSON, et. al.,

    Plaintiffs,  :  CIVIL NO. 3:03CV116(MRK)

v.

GORDON R. ENGLAND, SECRETARY
OF THE NAVY,

    Defendant.  :  April 2, 2004

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiffs and defendant through their undersigned counsel respectfully move this Honorable Court to extend the case management deadlines for completion of discovery from the current deadline of April 16, 2004 to June 18, 2004; and for the filing of dispositive motions to and through a date fifteen (15) days after the conclusion of discovery. As grounds for this extension request, the parties state that they have completed over half of their discovery and are currently making a good-faith effort to resolve the case prior to engaging in further discovery and needless expense.[1] The parties are currently awaiting a date for mediation with United States Magistrate Judge William I. Garfinkel, whose mediation schedule appears to be booked until at least May and possibly June. Both parties firmly believe mediation with the United States Magistrate Judge will lead to resolution of this case entirely or at least as to most of the plaintiffs. In addition, the parties appear to now have a tentative agreement for the resolution of the case as it applies to Plaintiff Cothran.

---

[1] The Defendant has determined that it is necessary to continue the depositions of the plaintiffs in order to gather more facts necessary to resolve this case prior to trial. The parties have tentatively scheduled the continued depositions for a date early in May.

Further, counsel for the Plaintiffs has a unusually hectic business travel schedule and court case schedule concerning other matters in addition to a mandatory continuing legal education requirement which he is trying to meet. In addition, the undersigned counsel for the Defendant has a criminal trial scheduled to begin before Chief United States District Judge Robert N. Chatigny on or about April 26, 2004, (with jury selection on April 13, 2004), which is expected to last one to two weeks. Accordingly, the requested extension on the discovery deadline will greatly assist the parties in moving closer to a resolution of this case.

The parties plan to file a Joint Status Report by April 23, 2004 as previously ordered by the Court. However, plaintiffs' counsel has a potential scheduling conflict as to the telephonic status conference scheduled for April 30, 2004, at 8:30 a.m. At that time counsel for the plaintiff will be en route to appear before the Honorable Rosemary Collyer, of the U.S. District Court in the District of Columbia in the matter of <u>McNally v. Norton</u> at 9:45 a.m. Defendant's counsel also has a conflict with April 30th as she will likely be in trial on that date. Accordingly, the parties request that the Court reschedule the telephonic status conference to a date after May 7, 2004.

Respectfully submitted,

Stephen G. DeNigris, Esq.*
Attorney for Plaintiffs
2117 L Street NW Suite 283
Washington, D.C. 20037-1524
(800)791-9908
(888)791-4441 (fax)
FEDERAL BAR NO. ct24396

*Counsel for Plaintiffs*

KEVIN J. O'CONNOR
United States Attorney

Lisa E. Perkins, Esq.
Assistant United States Attorney
450 Main Street
Hartford, CT 06103
(860)947-1101
FEDERAL BAR NO. ct23164

*Counsel for Defendant*

*Attorney DeNigris has authorized AUSA Perkins to sign on his behalf.

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 2nd day of April, 2004, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

*Counsel for Plaintiffs*

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Local Counsel for Plaintiffs*

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY