UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV116 (MRK) |
| | : | |
| V. | : | |
| | : | |
| GORDON R. ENGLAND, | : | |
| Secretary of the Navy | : | |
| | : | |
| Defendant | : | |

**MODIFIED SCHEDULING ORDER**

      The Joint Motion To Extend Case Management Deadlines (Doc. #23), dated April 2, 2004, is GRANTED, and the following new case management schedule shall apply:

1.     **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **June 18, 2004**:

   **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules. Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2.     **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **July 6, 2004**.

4.     **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **July 19, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

5.     **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **July 19, 2004**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

6.     **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD

ON **JUNE 28, 2004 at 8:30 A.M.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **June 21, 2004**. The telephonic status conference previously scheduled for April 30, 2004 at 8:30 a.m. is cancelled, and the parties do not need to file a joint status report until June 21, 2004.

**NO MODIFICATIONS OF THESE DEADLINES WILL BE GRANTED ABSENT A SHOWING OF GOOD CAUSE WHICH REQUIRES A PARTICULARIZED SHOWING THAT THE PARTY SEEKING THE EXTENSION HAS ACTED WITH DUE DILIGENCE AND THAT THE REASONS FOR THE MODIFICATION COULD NOT REASONABLY HAVE BEEN ANTICIPATED BY THE PARTIES WHEN THEY FILED THEIR PROPOSED CASE MANAGEMENT PLAN.**

IT IS SO ORDERED.

/s/          Mark R. Kravitz
                  U.S.D.J.

**Dated at New Haven, Connecticut: April 12, 2004**.

RE:     **CASE NO. 3:03CV116 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **June 21, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK