UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et. al., | : | |
| | : | |
| Plaintiffs | : | CIVIL NO.:   3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| HANSFORD T. JOHNSON, Acting Secretary of the Navy,[1] | : | |
| | : | |
| Defendant. | : | June 14, 2004 |
| _____ | : | |

**JOINT STATUS REPORT**

Plaintiffs and the defendant by and through their respective counsel, file this Joint Status report.  Counsel for the respective parties report:

**(a)     Status of the Case, identifying any pending motions, or circumstances potentially interfering with the parties' compliance with the scheduling order.**

The parties have been actively working toward settlement in this matter.  In this regard, there has been discovery of the plaintiffs by the defendant and two rounds of depositions of the plaintiffs by the defendant as agreed by the parties.

Plaintiffs deposed witness Pamela Coleman on February 27, 2004, and will depose two additional agency witnesses on June 17, 2004.  Document discovery is continuing.  Plaintiff is in the process of completing several requests by defendant along with a general release for the plaintiffs' medical records incurred as a result of this case. A proposed settlement agreement was proffered to the defendant.  The defendant, in response, profferred a settlement agreement to

---

[1]     The Honorable Hansford T. Johnson, as acting Secretary of the Navy, has now been substituted for the Honorable Gordon R. England, who has left office.

Plaintiff Willie Cothran. Discussions are ongoing as to that offer and settlement of the other claims is still viable.

**(b)   Interest in Referral for Settlement Purposes to a United States Magistrate Judge or to the District's Special Masters Program.**

The parties would welcome the intervention of the U.S. Magistrate Judge in settlement discussions and have been waiting to see U.S. Magistrate Judge Garfinkel in an attempt to resolve this matter.

**(c)   Whether the Parties Will Consent to a Trial Before a Magistrate Judge.**

The parties would agree to a trial before a U.S. Magistrate Judge.

**(d)   The Estimated Length of Trial.**

The parties believe a trial will take no more than three (3) days.

**Certification**: Both counsel for the parties certify that each is the counsel of record and each has received a copy of the foregoing report.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen G. DeNigris, Esq.* | By:   KEVIN J. O'CONNOR |
| Stephen G. DeNigris, Esq. | United States Attorney |
| 2117 L Street NW Suite 283 | |
| Washington, D.C. 20037-1524 | */s/ Lisa E. Perkins, Esq.* |
| (800)791-9908 | Lisa E. Perkins, Esq. |
| Federal Bar No. ct24396 | Assistant United States Attorney |
| | 450 Main Street, Room 328 |
| | Hartford, CT 06103 |
| | Federal Bar No. ct23164 |