# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV116 (MRK) |
| | : | |
| V. | : | |
| | : | |
| GORDON R. ENGLAND, Secretary of the Navy | : | |
| | : | |
| Defendant | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

__✖__  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

**This reference does not affect any of the existing deadlines and shall not delay discovery unless the Court has entered a separate order to that effect upon showing of necessity.**

SO ORDERED this __16th__ day of __June__, __2004__ at New Haven, Connecticut.

/s/         Mark R. Kravitz
UNITED STATES DISTRICT JUDGE