# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV116 (MRK) |
| | : | |
| V. | : | |
| | : | |
| GORDON R. ENGLAND, | : | |
| Secretary of the Navy | : | |
| | : | |
| Defendant | : | |

## ORDER

Having conferred with the parties telephonically on June 28, 2004, the following change to the case management schedule shall apply:

Dispositive motions, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **July 23, 2004**.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.