UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| v. | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | July 27, 2004 |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*

The defendant, Gordon R. England, Secretary of the Navy, by and through his undersigned counsel, hereby respectfully moves, unopposed, for an extension of time, *nunc pro tunc*, from July 23, 2004, up to and through July 30, 2004, to file a dispositive motion in the above-captioned case. As grounds for this motion, undersigned counsel states that while she has been working diligently on a motion for summary judgment and accompanying pleadings in this case, and had hoped to file such motion by July 23, 2004, as ordered by the Court in a recent telephone status conference, a confluence of unexpected developments in other cases demanding more immediate attention has delayed the completion of the motion. In addition, the undersigned was unable to confer about the motion prior to July 23rd with agency counsel, Attorney Anthony Verducci, who has substantially assisted in the defense of this case, due to his involvement in multiple administrative proceedings during the past two weeks.

This is the first request for extension of time to file a dispositive motion in this matter, apart from the parties' previous joint requests to extend the case management deadlines to allow more time for discovery and, consequently, the filing of dispositive motions. Undersigned

counsel has conferred with lead counsel for the plaintiffs, Attorney Stephen G. DeNigris, who does not oppose this request for extension of time.

>Respectfully submitted,
>
>KEVIN J. O'CONNOR
>UNITED STATES ATTORNEY
>
>*/s/ WmBy For:*
>
>LISA E. PERKINS
>ASSISTANT UNITED STATES ATTORNEY
>450 MAIN STREET, ROOM 328
>HARTFORD, CT 06103
>(860) 947-1101
>FEDERAL BAR NO. ct23164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 27th day of July, 2004, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Attorneys for Plaintiffs*

_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY