UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 JUL 30  P 5: 09

DISTRICT C...
NEW HAVEN, CO...

| | | |
|---|---|---|
| PETER ANDERSON, et. al.<br>    Plaintiff | : <br> : <br> : | |
| v. | : | CIVIL NO. 3:03CV116(MRK) |
| GORDON R. ENGLAND, SECRETARY<br>OF THE NAVY, | : <br> : <br> : | |
| Defendant | : | JULY 30, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 56 of the Local Rules of Procedure for the District of Connecticut, and the Order of this Court, the Defendant, Hansford T. Johnson, Secretary of the Navy, through his undersigned counsel, hereby respectfully moves for summary judgment in the above-captioned action. The grounds for this motion are set forth in Defendant's Memorandum in Support of Motion for Summary Judgment and Defendant's Local Rule 56(a)1 Statement of Undisputed Facts filed herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ for:*

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CONNECTICUT 06103
(860) 947-1101
FEDERAL BAR NO. ct23164

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing Defendant's Motion for Summary Judgment was sent via United States mail, postage prepaid, on this 30th day of July, 2004, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Attorneys for Plaintiffs*

LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY

2