UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et. al., | : | |
| | : | |
| Plaintiffs | : | CIVIL NO.:   3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, | : | |
| Secretary of the Navy, | : | |
| | : | |
| Defendant. | : | August 10, 2004 |
| _____ | : | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, through counsel, move this Honorable Court for an order enlarging the time for thirty days within which to file a their response to defendant's Motion for Summary Judgment dated July 30, 2004. As further grounds counsel would state:

1. On July 30, 2004, defendant filed his motion for summary judgment in the above referenced matter.

2. Plaintiffs' counsel received the pleading on August 3, 2004.

3. Plaintiffs' current response dated is August 20, 2004.

4. Counsel has an extensive traveling schedule and other previously scheduled matters which conflict with the response date.

5. For example, counsel spent several days preparing for arbitration in the matter of Fraternal Order of Police (Arthur Penn) v. Pentagon Force Protection Agency, hearing on August 10, 2004.

6. Furthermore, counsel is enroute to Las Vegas, Nevada, on business travel on

August 10, 2004.  Counsel will not return from Las Vegas until August 13, 2004.

    7.    Counsel has a brief vacation planned in Lake George, New York from approximately August 14-17, 2004.

    8.    Counsel has prehearing submissions due on August 18, 2004, in the matter of <u>Dalton v. Pentagon Force Protection Agency</u>, Docket No. DC-0752-04-0622-I-1, pending before the Merit Systems Protection Board.

    9.    Counsel is then traveling on business to Myrtle Beach, South Carolina, on August 20, 2004, to meet with the Grand Lodge of the Fraternal Order of Police on several issues relating to federal unions and the Department of Homeland Security.  Counsel returns to Washington, D.C. on August 24, 2004.

    10.    Counsel has numerous client appointments scheduled on August 25-26, 2004, and a pending status conference in the United States District Court for the District of Columbia, on August 27, 2004, before the Honorable Rosemary Collyer, in the matter of <u>McNally v. Norton</u>.

    11.    Counsel is anticipating a dispositive motion on or about August 13, 2004, from the United States Attorney's Office, Middle District of Florida, in the matter of <u>Lewis v. England</u>.

    12.    Counsel is scheduled to appear in the United States District Court in the District of New Jersey in the matter of <u>Martellaro v. Department of the Army</u> on September 7, 2004.

    13.    Counsel has a prehearing conference scheduled on September 8, 2004, in the matter of <u>Dalton v. Pentagon Force Protection Agency</u>, Docket No. DC-0752-04-0622-I-1.

    14.    The trial in the <u>Dalton</u> matter is slated for September 14, 2004.

    15.    On September 16, 2004, counsel must be in Albany, New York, for several diagnostic medical tests.  Counsel anticipates he will be unavailable until September 18, 2004.

16. For these reasons, counsel for the plaintiff would respectfully request that this Honorable Court enter an order granting counsel's request for a thirty-day enlargement of time.

17. Counsel is authorized to represent to the Court that AUSA Lisa Perkins, Esq., counsel for the defendant does not object to this request for an enlargement of time.

WHEREFORE plaintiff's counsel respectfully requests that this Honorable Court grant is unopposed request for an enlargement of time until and including September 10, 2004.

.                    Respectfully submitted,


/s/**_Stephen G. DeNigris, Esq._**
Stephen G. DeNigris, Esq.
Federal Bar No. ct24396
Attorney for the Plaintiffs
Law Offices of Stephen G. De Nigris, P.C.
2100 M Street, N.W. Suite 170-283
Washington, DC 20037-1233

Virginia Office:
(703)416-1036
703)416-1037 (fax)


Dated: August 10, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion for an Extension of Time has been mailed, postage prepaid, via first-class mail, this 10th day of August, 2004, to Lisa E. Perkins, Esq., Assistant United States Attorney, 450 Main Street, Room 328, Hartford, CT  06103.


                                                /s/**_Stephen G. DeNigris, Esq._**
                                                Stephen G. Denigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER ANDERSON, et. al., : | |
| : | |
| Plaintiffs : | CIVIL NO.:   3:03CV116(MRK) |
| : | |
| v. : | |
| : | |
| GORDON R. ENGLAND : | |
| Secretary of the Navy, : | |
| : | |
| Defendant. : | |

_____

# O R D E R

Upon consideration of the Plaintiffs' Consent Motion for an Extension of Time to Respond to the Defendant's Motion for Summary Judgment and for other good cause shown, it is hereby

**ORDERED** that the Plaintiffs' Motion is GRANTED/DENIED.  And it is further

**ORDERED** that the Plaintiffs shall have up to and including September 10, 2004, to file their Response, Memorandum of Law and  Statement of Material Facts in Dispute.

**SO ORDERED.**

Dated: New Haven, CT

_____, 2004.

_____
UNITED STATES DISTRICT JUDGE