United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Nov 15 ................ 2004
Kevin F. Rowe, Clerk

By: Kenneth R. Ghuladi
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER ANDERSON, et al.       :
                             :
                Plaintiffs,  :    CIVIL NO. 3:03CV116(MRK)
                             :
v.                           :
                             :
GORDON R. ENGLAND, SECRETARY :
OF THE NAVY,                 :
                             :
                Defendant.   :    November 15, 2004

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Willie Cothran and the defendant, Gordon R. England, Secretary of the Navy, through their undersigned counsel, and pursuant to the Stipulation for Compromise Settlement and Release of Claims entered into by the parties, hereby stipulate to voluntary dismissal with prejudice of this matter as to Plaintiff Willie Cothran.

Respectfully submitted,

PLAINTIFF WILLIE COTHRAN

BY: _____
STEPHEN G. DENIGRIS, ESQ.
2117 L Street NW, Suite 283
Washington, DC 20037-1524
(800) 791-9908
Federal Bar No. ct24396

DEFENDANT GORDON R. ENGLAND,
SECRETARY OF THE NAVY


BY:    KEVIN J. O'CONNOR
       UNITED STATES ATTORNEY

       _____
       LISA E. PERKINS
       ASSISTANT UNITED STATES ATTORNEY
       450 MAIN STREET, ROOM 328
       HARTFORD, CT  06103
       (860) 947-1101
       FEDERAL BAR NO. ct23164

2