UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| v. | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | November 15, 2004 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter my appearance as co-counsel for the defendant, Gordon R. England, Secretary of the Navy, in the above-captioned case. The appearance of Assistant United States Attorney Lisa E. Perkins for the defendant is already of record.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ANTHONY J. VERDUCCI
ASSISTANT COUNSEL
OFFICE OF CIVILIAN HUMAN RESOURCES
U.S. DEPARTMENT OF THE NAVY
614 SICARD STREET SE, SUITE 100
WASHINGTON NAVY YARD, D.C.  20374-5072
Telephone: (202) 685-6412
Facsimile: (202) 685-6616
anthony.verducci@navy.mil

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been hand-delivered this 15th day of November 2004, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

*Attorney for Plaintiffs*

```
                                    _____
                                    ANTHONY J. VERDUCCI
                                    ASSISTANT COUNSEL
                                    U.S. DEPARTMENT OF THE NAVY
```