UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER ANDERSON, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Gordon England, in his official capacity )<br>as Secretary of the Navy, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 03-cv-116(MRK) |

**NOTICE OF UNAVAILABILITY / ABSENCE FROM THE JURISDICTION**

Stephen G. DeNigris, Esq., counsel to the plaintiffs, notifies this honorable court of his unavailability and absence from the jurisdiction from September 2, 2005 through September 16, 2005, for annual vacation. Counsel respectfully requests that the Court not issue any orders or notice any conferences or appearances during this period.

              Respectfully submitted,

              */s/ Stephen G. DeNigris, Esq.*
              Stephen G. DeNigris, Esq.
              Bar No. ct24396
              2100 M Street NW Suite 170 - Box 283
              Washington, DC 20037

              (703)416-1036  Office
              (703)416-1037  Fax

Dated: September 4, 2005

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Unavailability / Absence from the Jurisdiction was sent by electronic mail on the 4th day of September 2005 to:

Lisa Perkins, Esq.
Assistant United States Attorney
450 Main Street
Suite 328
Hartford, CT 06103

Anthony J. Verducci
Office of Civilian Human Resources
U.S. Department of the Navy
614 Sicard Street SE, Suite 100
Washington, DC 20374-5072

        */s/ Stephen G. DeNigris, Esq.*
        Stephen G. DeNigris, Esq.