UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | : | November 2, 2005 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL MEMORANDUM

The defendant, Gordon R. England, Secretary of the Navy, by and through his undersigned counsel, hereby respectfully moves, unopposed, for an extension of time, from Friday, November 4, 2005, up to and through Wednesday, November 9, 2005, to file the joint trial memorandum in the above-captioned case. As grounds for this motion, undersigned counsel states that while counsel for both parties have been working diligently on preparing a joint trial memorandum, additional time is needed for the parties to confer regarding the proposed stipulation of facts and to exchange proposed trial exhibits for purposes of raising any objections thereto. In addition, counsel for plaintiffs recently conveyed to defendant's counsel the plaintiffs' renewed interest in settling this case prior to trial and the parties have been conferring about this as well.

This is the first request for extension of time regarding the Court's Order dated September 16, 2005, setting the trial schedule in this case. Undersigned counsel has conferred with lead counsel for the plaintiffs, Attorney Stephen G. DeNigris, who does not oppose this request for extension of time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101
FEDERAL BAR NO. ct23164

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, via first-class mail, this 2nd day of November 2005, to:

Stephen G. DeNigris, Esq.
2117 L Street NW, Suite 283
Washington, DC 20037-1524

Jonathan Gould, Esq.
214 Main Street
Hartford, CT 06106-1817

*Attorneys for Plaintiffs*

_____
LISA E. PERKINS
ASSISTANT UNITED STATES ATTORNEY