UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, et al. | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:03CV116(MRK) |
| | : | |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| | : | DECEMBER 13, 2005 |
| Defendant. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiffs Philip Kujawski and Christopher Wells, and Defendant, Gordon R. England, through their undersigned counsel, and pursuant to the Stipulation for Compromise Settlement and Release of Claims entered into by the parties, hereby stipulate to voluntary dismissal of this matter, with prejudice.

Respectfully submitted,

PLAINTIFFS
PHILIP KUJAWSKI &
CHRISTOPHER WELLS

_____
STEPHEN G. DENIGRIS, ESQ.
2100 M Street NW, Suite 170 - Box 283
Washington, DC 20037
Federal Bar No. ct24396
703-416-1036
*Attorney for Plaintiffs*