UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ANDERSON, | : | |
| WILLIE COTHRAN, | : | |
| PHILIP KUJAWSKI, | : | |
| CHRISTOPHER R. WELLS | : | |
| | : | |
| Plaintiffs, | : | NO. 3:03CV116 (MRK) |
| | : | |
| V. | : | |
| | : | |
| GORDON R. ENGLAND, | : | |
| Secretary of the Navy | : | |
| | : | |
| Defendant | : | |

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

On November 15, 2004, a Stipulation of Voluntary Dismissal entered as to plaintiff Willie Cothran. On March 9, 2005, a Ruling entered on defendant's motion for summary judgment granting the relief as to the plaintiff, Peter Anderson, only. On December 14, 2005 a Stipulation of Voluntary Dismissal entered as to plaintiffs Philip Kujawski and Christopher R. Wells.

It is therefore ORDERED and ADJUDGED that judgment is entered for defendant as to plaintiff Peter Anderson and dismissed as to the remaining plaintiffs.

Dated at New Haven, Connecticut, this 16TH day of December, 2005.

KEVIN F. ROWE, CLERK
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
EOD:_____        Deputy Clerk